# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

| | | | |
|---|---|---|---|
| State v. Canosa | CAAP–11–0001051 | 02/07/2014 | Vacated and Remanded |
| Alii Sec. Systems, Inc. v. Department of Transp. | CAAP–12–0000790 | 02/13/2014 | Affirmed |
| Karagianes v. Hawaiʻi Ombudsman | CAAP–12–0001070 | 02/14/2014 | Affirmed |
| Nordic PCL Const., Inc. v. LPIHGC, LLC | CAAP–11–0000350 | 02/14/2014 | Vacated and Remanded |
| State v. Onza | CAAP–13–0000025 | 02/20/2014 | Affirmed |
| Matsuyoshi v. Business Registration Div., Securities Enforcement Branch, Office of Administrative Hearings, Dept. of Commerce and Consumer Affairs | CAAP–13–0000028 | 02/25/2014 | Affirmed |
| State v. Kaawa | CAAP–12–0000670 | 02/25/2014 | Affirmed |
| Patrickson v. Dole Food Co., Inc. | 30700 | 03/07/2014 | Affirmed |
| Kondaur Capital Corp. v. Matsuyoshi | CAAP–12–0000867 | 03/07/2014 | Vacated and Remanded |
| Timon v. Timon | 30713 | 03/13/2014 | Affirmed, Vacated and Remanded |
| State v. Antonio | CAAP–10–0000163 | 03/14/2014 | Affirmed |
| Kawakami v. Kahala Hotel Investors, LLC | CAAP–11–0000594 | 03/25/2014 | Vacated and Remanded |
| Kellberg v. Yuen | CAAP–12–0000266 | 03/28/2014 | Vacated and Remanded |
| State v. McQueen | CAAP–11–0000653 | 03/31/2014 | Vacated and Remanded |
| Samson v. Nahulu | CAAP–10–0000102 | 03/31/2014 | Affirmed |
| State v. Pacheco | CAAP–12–0000960 | 04/10/2014 | Vacated and Remanded |
| Kumar v. Kumar | CAAP–12–0000691 | 04/23/2014 | Vacated, Affirmed and Remanded |
| Furuya v. Association of Apartment Owners of Pacific Monarch, Inc. | 30485 | 04/25/2014 | Vacated, Affirmed and Remanded |
| State v. Reed | CAAP–13–0000069 | 04/25/2014 | Affirmed |
| Stump v. Stump | CAAP–12–0001056 | 04/30/2014 | Affirmed |